UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ELIYOHU MINTZ and ERIC SCHWARTZ,

Plaintiffs,

-against-

STEVEN NIGRELLI, in his official capacity, RONALD STEVENS, in his official capacity, and SUSAN MALLERY, in her official capacity,

Defendants.

-----------------------------------------------------------------x

Case No.: 1:23-CV-0795 (MAD/CFH)

**DECLARATION OF AMY L. BELLANTONI FOR ORDER TO SHOW CAUSE PURSUANT TO LOCAL RULE 7.1(e)**

AMY L. BELLANTONI, an attorney duly admitted to practice law, declares pursuant to 28 U.S.C. § 1746:

1. I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiffs in the above-captioned matter. I am admitted to practice law before the United States District Court for the Northern District of New York, as well as the Southern and Eastern Districts of New York, the District of Columbia, the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

2. I have personal knowledge of the facts set forth herein based upon a review of the file maintained by my office in this matter, research, and discussions with my clients and others having personal knowledge of the facts giving rise to this litigation and the instant application. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3. I submit this Declaration as required by NDNY Local Rule 7.1(e), which requires a clear and specific showing of good and sufficient reasons why proceeding by order to show cause

on the accompanying motion for a preliminary and permanent injunction is necessary, rather than by Notice of Motion.

4. The following reasons establish good and sufficient reasons to proceed by Order to Show Cause on Plaintiffs' motion for a preliminary and permanent injunction in this matter.

5. Plaintiffs are suffering ongoing and irreparable harm caused by the enforcement of Penal Law § 265.01-e (c) and (f), which makes the possession of firearms at summer camps and places of worship a felony offense subject to severe criminal and civil penalties, including incarceration and permanent loss of Second Amendment rights.

6. Plaintiffs are employed by Oorah, Inc, an Orthodox Jewish non-profit organization that owns over 1,000 acres of property in Schoharie County, New York upon which they have provided year-round activities for Orthodox Jewish children, adults, and families for years. Part of the programs includes a boys' and girls' summer camp, which began on June 22, 2023.

7. Prior to the enactment of the Concealed Carry Improvement Act in September 2023, Plaintiffs, who hold valid New York State concealed carry handgun licenses, would regularly possess in their on-site residences and carry throughout the properties, firearms for the protection of themselves, family, and staff/patrons. Other licensed staff and patrons were encouraged to, and did, carry a firearm for protection as well.

8. With the commencement of summer camp, however, their right to possess and carry firearms in their homes, while walking on the properties, and inside of the various buildings where religious activities take place, has been terminated by the defendants' enforcement of Penal Law sections § 265.01-e (c) and (f).

9. Proceeding by Order to Show Cause will place the matter before the Court significantly more expeditiously than by proceeding by Notice of Motion.

10. Good and sufficient reason having been shown, Plaintiffs request that their motion for a preliminary and permanent injunction proceed by Order to Show Cause rather than Notice of Motion.

Dated: June 29, 2023
Scarsdale, New York

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Amy L. Bellantoni

Amy L. Bellantoni (AB3061)
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com