UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ELIYOHU MINTZ and ERIC SCHWARTZ,

Plaintiffs,

-against-

STEVEN NIGRELLI, in his official capacity,
RONALD STEVENS, in his official capacity,
and SUSAN MALLERY, in her official capacity,

Defendants.
-----------------------------------------------------------------------x

**ORDER TO SHOW CAUSE (PROPOSED)**

Case No.: 1:23-CV-0795 (MAD/CFH)

Upon the Declarations Eliyohu Mintz and Eric Schwartz, the Complaint filed in this matter, and accompanying Memorandum of Law, it is:

**ORDERED,** that the above-named Defendants are required to show cause in the matter pending before this Court at Room ______, United States Courthouse for the Northern District of New York located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 on the _____ day of July, 2023 at _____ o'clock a.m./p.m. or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 42 U.S.C. § 1983 and Rule 65 of the Federal Rules of Civil Procedure, preliminarily enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with the defendants who receive actual notice thereof from implementing and enforcing Penal Law sections 265.01-e (c) and (f), and it is further

**ORDERED**, that electronic service of a copy of this order and annexed documents upon the New York State Attorney General and the Schoharie County Attorney on or before 5:00 p.m. on , shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that Defendants' opposition papers are to be served and filed by__________, 2023, and Plaintiffs' reply papers are to be served and filed by ______________, 2023.

Dated: , 2023
Albany, New York

ISSUED:

____________________________
United States District Court Judge