UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ELIYOHU MINTZ and ERIC SCHWARTZ,

Plaintiffs,

-against-

STEVEN NIGRELLI, in his official capacity,
RONALD STEVENS, in his official capacity,
and SUSAN J. MALLERY, in her official capacity,

Defendants.

------------------------------------------------------------------x

Case No.: 1:23-CV-0795 (MAD/CFH)

**DECLARATION OF ELIYOHU MINTZ**

ELIYOHU MINTZ, declares pursuant to 28 U.S.C. § 1746 that:

1. I, Eliyohu Mintz, am over the age of 18 and a plaintiff in the above-captioned matter. I make this Declaration of my own personal knowledge and if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I submit this Declaration in support of Plaintiffs' application to preliminarily and permanently enjoin portions of the New York State Penal Law that criminalize conduct protected by the Second Amendment.

3. I am the CEO of Oorah, Inc. ("Oorah"), a non-profit corporation that provides year-round activities for Orthodox Jewish children, adults, and families.

4. Oorah owns over 1,000 acres of property located in a remote and rural part of Schoharie County, New York that is used year-round to host many programs and activities, including a boys and girls' summer camp, a winter program for families (Shabbos Zone), Torah

Mates retreats[1], a retreat for participants in its singles program (The Rebbetzins), and a retreat for the staff of Oorah/Kars 4 Kids and their families, among other things.[2]

5. The kids' summer camp program – "The Zone" – consists of two sleepaway camps – one for boys and one for girls - ages 9 through 18.

6. The Boys' camp is located in the Town of Jefferson and the Girls' camp is located in the Town of Gilboa. Each campus is comprised of 500+ acres upon which numerous buildings are located.

7. The activities at The Zone are numerous and it is common for the campers to travel from building to building to engage in various activities.

8. The Zone summer camp offers a whole host of fun activities for the kids, which in the past has included arts and crafts, culinary arts, woodworking, photography, painting, music instruction; dancing and singing; swimming and water sports; outdoor sports including archery, bike riding, ziplining, and rock climbing; an animal farm where the kids can feed camels, ride horses, and play with bunnies; and inside games that include ping pong, gaming, and billiards.

9. At any given moment, the kids at each campus can be any number of places – inside and outside, spread out across the properties and buildings.

10. Unlike a singular school building in which all classes are conducted and which can (theoretically) be locked down as one continuous compound, a "lock down" of either campus would be virtually impossible in the event of an active threat emergency.

[1] Torah Mates is a free Jewish learning program partnering thousands of Torah study partners globally. Oorah hosts separate TorahMates retreats for men and women at the Schoharie County facility annually.

[2] The property operates under separate a New York State Department of Health permits, (i) a children's camp during the summer, and (ii) a temporary residence permit (hotel/resort) at all other times of the year.

11. In such case, which would necessarily be an unannounced event, the kids could be located anywhere from boating on the lake swimming in the pool, hiking, or engaging in any number of outdoor activities on the campuses – each of which span 500+ acres.

12. The Zone summer camp provides a fun summer camp experience for the kids while also incorporating the Jewish spirit and educational experiences into daily activities to provide the campers with "an unforgettable Jewish summer camp experience."

13. There are numerous multi-purpose buildings at each of the campuses in which camp-focused activities and worship/religious instruction take place; among the buildings at the two campuses are synagogues in which religious services are held.

14. Outside of the summer months, the Boys' camp location is also used to host programs during the Jewish holidays of Rosh Hashanah, Sukkot, Passover, and Shavuot.

15. As an Orthodox Jewish program incorporating the Jewish faith and teaching into daily life, all of the activities, whether outside or in the various buildings on the Property, involve religious observation and teaching.

16. An immediate response from law enforcement to an acute emergency involving an active threat to life and safety at the camps is highly improbable. The Schoharie County Sheriff's Office is located approximately 40 minutes away and is closed at night. The Sheriff's website notes that there are 620 square miles in Schoharie County that "are patrolled by the Chief Deputy and several Deputy Sheriff's" when they are not also "serving warrants, making arrests, investigating crime scenes, responding to motor vehicle accidents and a wide gamut of complaints…appearing in court, assisting other agencies, transporting prisoners and mental health patients, providing police escorts and relays, and performing counter-drug surveillance's [sic] [and] [m]ore recently,

due to a large number of community and school requests, Deputies participate in various educational and preventive activities for many schools and civic organizations."[3]

17. Traveling to the Oorah campuses requires traversing winding rural local roads and State routes. I have been informed by the Schoharie County Sheriff's office that the response time varies depending on whether an officer is 'available' to respond, and would likely be a minimum of 40 minutes.

18. Likewise, the New York State police barracks are a similar distance away, if not farther, and suffer the same challenges as the Sheriff's Office – both geographically and with regard to manpower.

19. Apart from a human threat event, the presence of wild animals places the adult and child patrons, my staff, and myself at physical risk. Both campuses are subject to the presence of wild animals, including foxes, coyotes, bears, and rabid raccoons. Due to their aggressive nature, we have even had to dispatch migratory geese in the past, for which Oorah has a permit.

20. The Zone is a well-known facility in upstate New York - among the Orthodox Jewish community as well as the local community. As Orthodox Jews, myself and the staff and patrons of The Zone are easily recognizable and identifiable to the public as such, based on our manner of dress and customs, and have been openly targeted over the years for discriminatory acts including yelling ethnic and hateful slurs and throwing objects, including Molotov cocktails.

21. There have been prior incidents where intruders passing by the camp have stopped their cars, entered onto the camp properties, and chased children while shouting ethnic slurs. In the Winter of 2022, three of the residential buildings across from the main girls' campus were burned down under mysterious circumstances.

---

[3] https://www4.schohariecounty-ny.gov/departments/sheriffs-office/sheriffs-road-patrol/

22. As stated above, unlike an elementary or secondary school, the campuses are not conducive to a lock-down scenario should an active threat – human or animal - occur.

23. Particularly with an armed attacker, such homicidal events generally occur quickly, without notice, with the killer seeking to harm and kill as many individuals as possible in a short timeframe and before law enforcement can respond.

24. I have held a New York State concealed carry license since 2019 and a New Jersey non-carry license for approximately 25 years. When I am at the Oorah campuses, where I reside on a part-time basis throughout the year, it has been my custom and practice to possess a handgun for protection inside of my residence as well as throughout the Oorah property to protect myself, my staff, and the Oorah patrons and guests, which includes the hundreds of children attending summer camp. It cannot be overstated that Oorah and its staff are responsible for the health, life, and safety of the children in our care. I am most able to effectively provide for their safety and the safety of my staff when armed with a firearm.

25. Before New York enacted laws criminalizing the possession of firearms at "summer camps" and "places of religious observation," I encouraged other licensed patrons and staff members to carry a handgun while on the property, including co-plaintiff Eric Schwartz. Due to the size and expanse of the facility, the fact that the kids' activities are spread out in numerous indoor and outdoor locations, multiple armed staff are required throughout the camp in the event of an active threat. I was previously informed by the Sheriff's office and NYSP that 1-2 armed individuals would not be sufficient due to the openness of the property.

26. With the enactment of statutes prohibiting the possession of firearms at "summer camps" and "places of religious observation" my right to possess a handgun in my New York home and to carry a handgun on the Oorah properties and inside of the numerous buildings thereon

now subjects me to felony criminal penalties, including arrest, incarceration, prosecution, and the permanent loss of my Second Amendment rights.

27. The violent attacks on Jewish people[4] targeting places of worship and places where children are – the most vulnerable of the population - are random and provide the victims with no notice or advance warning.

28. For the benefit of the adult and child patrons of The Zone, my staff, my family, and myself, I cannot be left unprepared and unarmed in the event that an evildoer decides to attack one or both of the campuses, nor can the other licensed staff members.

29. It is my intention to continue to exercise my right on a daily basis to possess a handgun in my home on the Oorah campus, and to carry a handgun concealed outside and throughout all of the buildings at the Oorah properties, including the synagogues, during the children's summer camp, which begins on June 22, 2023, and permanently thereafter into the future. The only reason that I cannot continue to engage in the same constitutionally protected conduct is because of the enforcement of Penal Law sections 265.01-e (c) and (f), which subject me to severe criminal penalties.

30. I am requesting that this Court preliminarily and permanently enjoin the defendants' enforcement of Penal Law sections 265.01-e (c) and (f) because I face a credible risk of enforcement of unconstitutional firearm regulations, which has become more imminent based on my public declarations herein.

[4] It is well-documented that Antisemitic hate crimes are disproportionately higher than other forms of hate crimes. See e.g. https://www.justice.gov/crs/highlights/2021-hate-crime-statistics https://jewishinsider.com/2023/03/hate-crimes-antisemitism-fbi-rep-kathy-manning-anti-defamation-league-american-jewish-committee/ ; https://www.jewishvirtuallibrary.org/statistics-on-religious-hate-crimes https://www.nytimes.com/2023/03/23/us/antisemitism-anti-defamation-league-report html

31. I am aware that the Acting Superintendent of the New York State Police has vowed to enforce all criminal firearm statutes, which includes Penal Law sections 265.01-e (c) and (f).

32. Neither the Sheriff and his deputies, who are charged with enforcing the Penal Law, nor the district attorney and her assistants, who are charged with prosecuting violations of the Penal Law, have disavowed their intention to enforce Penal Law sections 265.01-e (c) and (f).

33. Sections 265.01-e (c) and (f) also interfere with the separation of church and state to the extent that they dictate which constitutional rights I can and cannot exercise at the synagogues and other religious buildings on the campuses, and impose severe punishment for violators. I should not be required to forego the exercise of my Second Amendment rights in order to practice those protected under the First Amendment.

34. Without the requested injunctive relief, I will suffer irreparable harm, including felony arrest, incarceration, prosecution and, if convicted, the permanent loss of the right to possess firearms – harm that will not be adequately compensated by any monetary award.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2023

______________________________
Eliyahu Mintz