

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

July 14, 2023

**VIA ECF**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, New York 12207

      Re:   *Mintz et al. v. Nigrelli et al.*
               Docket No. 1:23-cv-00795-MAD-CFH
               File No. 230199

Your Honor:

      We represent Defendants Schoharie County District Attorney Susan J. Mallery and Sheriff Ronald R. Stevens. We write in response to the June 30, 2023 Order to Show Cause. These Defendants take no position on the interim relief sought and respectfully defer to the Court for a ruling on the issue presented. Defendants reserve the right to raise any defenses, as appropriate, when they respond to the Complaint.

      We thank the Court for its consideration of this matter.

                                               Respectfully submitted,

                                                 SOKOLOFF STERN LLP

                                                 LEO DORFMAN

cc: All parties via ECF