

July 19, 2023

**VIA ECF**

Hon. Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:    *Mintz v. et.al. v. Nigrelli, et al.*, No. 1:23-cv-00795 (MAD/CFH)

Your Honor,

    I represent the plaintiffs, Eliyohu Mintz and Eric Schwartz, in the above-referenced matter. I write to the Court for two reasons.

    First, I respectfully request leave to file five (5) additional pages in Plaintiffs' memorandum of law in reply to the State defendant, for a total of fifteen (15) pages. Counsel for the State consents to this request.

    Second, as the Court is aware, yesterday the plaintiffs filed an amended complaint pursuant to Federal Rule 15, as 21 days have not yet passed from service of the original complaint. The changes to the complaint were ministerial in nature as follows: The challenged provisions of Penal Law 265.01-e were originally identified as "265.01-e (c) and (f)" and are now identified as "265.01-e(2) (c) and (f)." Additionally, the original language of section 265.01-e(2)(c) was amended by the Legislature, which is now reflected in the amendment to paragraph 19 of the complaint. The changes do not substantively affect the claims or defenses in this action. Promptly after filing the amended complaint, I emailed counsel for the defendants, attached a copy of the amended complaint, and brought the above information to their attention.

 Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: All Counsel (via ECF)