

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 24, 2025

**BY ECF**

Hon. Paul J. Evangelista
United States Magistrate
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re: Mintz v. et.al. v. James, et al., No. 1:23-cv-00795 (ECC/PJE)

Dear Judge Evangelista,

The New York Office of the Attorney General, representing defendant Steven G. James, writes separately in response to the plaintiffs' letter filed today.

Mr. James consents to the plaintiffs' request for an extension of the upcoming fact discovery deadline of January 31, 2025. Their proposed new schedule – production of documents by February 14, 2025; depositions by March 30, 2025; dispositive motions by June 30, 2025 – is amenable to the State.

However, Mr. James does not consent to reopening expert discovery. The plaintiffs' deadline to disclose their expert report was November 2, 2024. The deadline for rebuttal expert disclosures was December 31, 2024. Mr. James complied with the defendants' expert disclosure deadline of December 17, 2024. Since our expert disclosure, plaintiffs did not mention any intention to present an expert until a phone conference on January 16, 2025, well after expert deadlines had passed. Mr. James respectfully requests that the court abide by the original expert discovery schedule, which was agreed to by all parties.

Sincerely,
/s/
Martha Grieco
Counsel for Steven G. James

cc: all parties' counsel, by ECF